[No. 21884-4-II. Division Two. February 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL SCOTT ISAMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-04854-4, Rudolph J. Tollefson, J., entered April 16, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Seinfeld, J.

[No. 22198-5-II. Division Two. February 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN VIRGIL LUVENE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-00712-9, Bruce W. Cohoe, J., entered July 10, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 22497-6-II. Division Two. February 19, 1999.]

MARY FINNILLA, *Appellant*, v. K. DAVID MCCOWEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-12326-4, Rudolph J. Tollefson, J., entered September 12, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.

[No. 22909-9-II. Division Two. February 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH ALFRED FAIR, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 97-1-00348-7, David R. Draper, J., entered February 9, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Armstrong, JJ.